KLOTZ & McCANN
Robert W. McCann (RM 6192)
150 Broadway, Suite 2206
New York, NY 10038
        and
649 Lafayette Avenue
P.O. Box 654
Hawthorne, NJ 07507
Please Respond to Hawthorne address
(973) 427-8900
(973) 427-4453 Facsimile
Attorneys for Plaintiff, Colonial Surety Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV. 2202

-----------------------------------------------------x
COLONIAL SURETY COMPANY,          :     ECF Case    JUDGE CONNER

      Plaintiff,          :     Civil Action

   - against -            :     Docket No.

THE COUNTY OF PUTNAM,             :
a Public Corporation of New York, :     **DISCLOSURE OF INTEREST**
                                  :     **OF PLAINTIFF**
      Defendant.          :
-----------------------------------------------------x

Pursuant to Local Civil Rule 1.9, the Plaintiff, Colonial Surety Company, states it has no parent, subsidiary or affiliate companies and is not a publicly trade company.

             KLOTZ & MCCANN
             Attorneys for Plaintiff

             By: /s/ Robert W. McCann
             Robert W. McCann

Dated: March 3, 2008

